UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANGELIE PATTERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:23-cv-00749-EPG<br><br>STIPULATION TO REMAND AND ORDER<br><br>(ECF No. 22) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 26th day of January 2024.

Dated:  January 29, 2024                    /s/ *Jonathan Omar Pena*
                                                      JONATHAN OMAR PENA
                                                      Attorney for Plaintiff
                                                      (as approved via email)

Dated:  January 29, 2024                    PHILLIP A. TALBERT
                                                      United States Attorney

                                    By:    /s/ *Margaret Lehrkind*
                                                      MARGARET LEHRKIND
                                                      Special Assistant United States Attorney

                                                      Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 22) and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant. And given the stipulation, the Clerk of Court is directed to terminate Plaintiff's motion for summary judgment (ECF No. 14) as no longer pending.

IT IS SO ORDERED.

Dated:   **January 29, 2024**                         /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE